# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| WILLIE R. MEADOWS,<br>　　　　Plaintiff,<br>　　v.<br>AMERICAN ADDICTION CENTERS, INC.,<br>　　　　Defendant. | Case No. 5:18-cv-03291-BLF<br>**CASE MANAGEMENT ORDER** |

On November 15, 2018, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference. The Court ORDERS as follows:

(1) The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case unless otherwise ordered by the Court.

(2) The deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order unless stated otherwise below.

(3) All disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

(4) Unless previously ordered or stipulated, the parties shall meet and confer further to reach an agreement on an ADR process within 10 days of the date of this Order. Within that same time frame, the parties shall either (1) file the form entitled "Stipulation and (Proposed) order Selecting ADR Process" if an agreement is reached, or (2) file the form entitled "Notice of Need of ADR Phone Conference".

(5) The parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT, no Trial Dates set at this time.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Last Day to File Motion for Class Certification | December 16, 2019 |
| Opposition to Motion for Class Certification | No later than 60 days after the filing of the Motion for Class Certification. |
| Reply to Opposition to Motion for Class Certification | No later than 45 days after the filing of the Opposition to Motion for Class Certification. |

Dated: November 15, 2018

_____
BETH LABSON FREEMAN
United States District Judge